IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION



JUAN CARLOS MIRANDA-NODA,

    Petitioner,

v.

WARDEN TRACY JOHNS,

    Respondent.

CIVIL ACTION NO.: 5:18-cv-74

## AMENDED ORDER FOR HEARING BY ELECTRONIC MEANS

The Court hereby reschedules the video telephonic conference ("VTC") in this matter. The VTC in this case will be held on Monday, August 3, 2020, at 2:00 PM. All other instructions and directives in the Court's previous Order remain in full force and effect. Doc. 25.

**SO ORDERED**, this 31st day of July, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA