FILED
John E. Triplett, Acting Clerk
United States District Court

By STaylor at 3:56 pm, Aug 05, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JUAN CARLOS MIRANDA-NODA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN TRACY JOHNS,<br><br>　　　　Respondent. | CIVIL ACTION NO.: 5:18-cv-74 |

**O R D E R**

In light of this Court's August 3 and 4, 2020 Orders, docs. 27, 28, Respondent has now moved to dismiss Petitioner's action for habeas corpus relief as moot. Doc. 29. Respondent states the Bureau of Prisons reviewed Petitioner's claims and has elected to expunge the incident report and restore Petitioner's good conduct time, resulting in a new projected release date of August 19, 2020. Id. at 2. The Court **ORDERS** Petitioner to file any objections to Respondent's motion for dismissal or to otherwise inform the Court of his decision not to oppose to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not respond to Respondent's Motion within 14 days, the Court will determine there is no opposition to the Motion, and grant the Motion as unopposed.

**SO ORDERED**, this 5th day of August, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA