FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:55 pm, Sep 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JUAN CARLOS MIRANDA-NODA, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:18-cv-74 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS, | * | |
| | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 31. Petitioner Juan Miranda-Noda ("Miranda-Noda") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation sent to Miranda-Noda at his last known address was returned to the Court as undeliverable. Dkt. No. 32.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DENIES as moot** Miranda-Noda's 28 U.S.C. § 2241, **DIRECTS** the Clerk of Court to

**CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Miranda-Noda *in forma pauperis* status on appeal.

SO ORDERED, this 22 day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA