AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia


FILED
John E. Triplett, Acting Clerk
United States District Court
*By casbell at 9:29 am, Sep 24, 2020*

JUAN CARLOS MIRANDA-NODA,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV518-74

WARDEN TRACY JOHNS,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/22/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is DENIED as moot, Respondent's Motion to Dismiss is GRANTED as unopposed, and in forma pauperis status on appeal is DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 23, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/2020